IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                                    Case No.  3:06cr66/LAC

ALONZO JOHNSON
_____

### ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the Defendant, ALONZO JOHNSON, to Counts I and II of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDER** this 15th day of June, 2006.

                                                                    s/*L.A. Collier*
                                                                    **LACEY A. COLLIER**
                                                                    **SENIOR UNITED STATES DISTRICT JUDGE**