IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case Nos.:   3:06cr66/LAC/EMT
              3:20cv5428/LAC/EMT

ALONZO JOHNSON

_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 29, 2020 (ECF No. 440). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The "2255 Motion in Accordance to *United States v. Reece* / *United States v. Davis*" (ECF No. 439) is summarily **DENIED and DISMISSED** as untimely and without merit.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 4th day of June, 2020.

                     s/*L.A. Collier*
                     **LACEY A. COLLIER**
                     **SENIOR UNITED STATES DISTRICT JUDGE**